

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | EP-22-CR-344-FM(1) |
| ) | |
| LEYZA FERNANDA MARINEZ-ESTRADA ) | |

ORDER REVOKING PROBATION

On April 5, 2023, came on to be considered the motion to revoke probation in the above styled and numbered cause. The Defendant appeared in person and by and through her counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the Defendant, LEYZA FERNANDA MARINEZ-ESTRADA, had violated the conditions of probation imposed by virtue of the judgment entered herein on December 1, 2022, in that she failed to follow the instructions of the probation officer. She also failed to report to the shelter secured by the probation officer as instructed and when she was re-instructed to report to the shelter, she reported but failed to remain at the facility. The Court further found that continuing the Defendant on supervised release would no longer serve the ends of justice, and that the motion to revoke supervised release should be granted.

It is therefore ORDERED that the motion to revoke probation filed herein on March 10, 2023, be, and it is hereby, GRANTED.

It is further ORDERED that the probation of Defendant LEYZA FERNANDA MARINEZ-ESTRADA be, and it is hereby, REVOKED.

It is further ORDERED that the Defendant be, and she is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of sixty (60) days. Upon release, she will be on supervised release for a term of twenty-four (24) months under the previously imposed conditions of supervision.

**The defendant shall surrender to the custody of the U.S. Marshal Service - 1st floor of the U.S. Courthouse Albert Armendariz Sr., 525 Magoffin, El Paso Texas on Monday, April 10, 2023 at 8:00 a.m.**

SIGNED and ENTERED this ____6th____ day of April, 2023.

FRANK MONTALVO
Senior United States District Judge